UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          : Hon. Susan D. Wigenton

                    v.            : Crim. No. 11-51 (SDW)

WYDOVE BROWN                      :                ORDER

          This matter having come before the Court on the joint
motion of Paul J. Fishman, United States Attorney for the
District of New Jersey (Jane H. Yoon, Assistant U.S. Attorney,
appearing), for an order authorizing counsel for the defendant
Wydove Brown, namely, Scott Krasny, Esq., to inspect, accompanied
by Deputy U.S. Marshals and/or authorized court personnel, the
following areas of the Martin Luther King, Jr. Federal Building
and U.S. Courthouse in Newark, New Jersey on December 8, 2011 at
11:30 a.m.: (1) the holding area adjoining the courtroom of the
Honorable William J. Martini, United States District Judge ("the
Holding Area"); (2) the elevator located in the Holding Area
("the Elevator"); (3) the relevant corridors in the cell block
area beginning from the Elevator to the cell where the defendant
Wydove Brown was held on June 9, 2010; and (4) the cell where the
defendant Wydove Brown was held on June 9, 2010; and this matter
having been addressed by the parties with the Court during the
November 22, 2011 telephonic status conference; and for good and
sufficient cause shown,

          IT IS, on this _____ day of December 2011,

          ORDERED that Scott Krasny, Esq., counsel for the

defendant Wydove Brown, is hereby authorized on December 8, 2011, beginning at 11:30 a.m., to inspect, accompanied by Deputy U.S. Marshals and/or authorized court personnel, the Holding Area, the Elevator, the relevant corridors in the cell block area from the Elevator to the cell block where the defendant was held on June 9, 2010 and the cell block where the defendant was held on June 9, 2010.

HON. SUSAN D. WIGENTON
United States District Judge

2